UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

EDWARD HARMON,

         Plaintiff,

    v.

NCO FINANCIAL SYSTEMS, INC.,

         Defendant.

No.  2:10-cv-02090-MCE-DAD

**ORDER**

    On June 6, 2011, the parties filed a Stipulation of Dismissal with Prejudice, stating that the dispute between the parties has been settled, and stipulating that the claims asserted by Plaintiff Edward Harmon against Defendant NCO Financial Systems, Inc., be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

    Based on the Stipulation to Dismiss (ECF No. 18), it is HEREBY ORDERED that:

    1.     This case is DISMISSED WITH PREJUDICE; and

    2.     The Clerk of the Court is directed to close the case.

    IT IS SO ORDERED.

Dated:  September 20, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT